**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M. NAWAZ RAJA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 16-cv-511 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motions to dismiss, ECF 118; ECF 119; ECF 120, are **GRANTED**, and Plaintiff's amended complaint, ECF 115, is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: January 26, 2026